### JAMES YOUNG V. THE STATE.

No. 11678.   Delivered April 18, 1928.

**Murder—Death of Appellant—Abates Appeal.**

A duly verified affidavit in proper form made by the Sheriff of Harris County, has been filed in this court showing the death of appellant, pending the appeal of this case, and the appeal must be for that reason abated.

Appeal from the Criminal District Court of Harris County. Tried below before the Hon. Whit Boyd, Judge.

Appeal from a conviction of murder, penalty assessed at death.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MARTIN, JUDGE.—Offense is murder, penalty assessed at death.

A duly verified affidavit in proper form made by the Sheriff of Harris County has been filed in this court showing the death of appellant pending the appeal of this case. By reason of such fact the appeal must be abated, and it is accordingly so ordered.
                                         *Appeal abated.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.